STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney
CHRISTOFFER LEE (CABN 280360)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5081
    christoffer.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:21-cr-00342-YGR-1 |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| RAMIRO VELASCO, JR., | |
| Defendant. | |

On June 8, 2022, defendant Ramiro Velasco, Jr. was charged by indictment with 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)—Possession with Intent to Distribute and Distribution of 50 Grams and More of Methamphetamine.

This matter came before the Court on June 8, 2022, for a detention hearing. The defendant was present and represented by Nicole Lambros. Assistant United States Attorney Christoffer Lee appeared for the government. The government moved for detention and filed a memorandum in support of its motion (ECF 23), and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: defendant has an extensive criminal history, prior violations while on court supervision, gang ties, including a prior conviction for possession of a firearm by a felon with a gang enhancement for which defendant was sentenced to five years in prison, an outstanding $100,000 warrant in Santa Clara County for a pending case involving possession of firearm by a felon arising from defendant's May 2020 arrest for possession of a loaded "ghost gun", and that the aggravating factors identified by the Pretrial Services bail study outweigh the only mitigating factor presented by Pretrial Services—the existence of a third-party custodian. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: June 8, 2022

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge