| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | DANIEL N. KASSABIAN (CABN 215249)<br>CHRISTOFFER LEE (CABN 280360) |
| 5 | Assistant United States Attorneys |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5061<br>FAX: (408) 535-5081 |
| 8 | christoffer.lee@usdoj.gov |

**FILED**

Mar 09 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 21-00342 YGR |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING, AND ORDER |
| v. | ) ) | |
| RAMIRO VELASCO, JR., | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Ramiro Velasco Jr. that the sentencing hearing currently set for March 27, 2023 be continued to May 11, 2023 at 10:30 a.m.

The government and counsel for the defendant have received the pre-sentencing report (PSR), which notes that several police reports for prior convictions have not yet been obtained by the U.S. Probation Office (USPO). Consequently, the parties need additional time to assist USPO in obtaining those reports, and for the defendant's counsel to gather additional, pertinent information for possible inclusion in the PSR. Accordingly, a short continuance is necessary to have a more complete PSR for the defendant's sentencing hearing.

The undersigned Assistant United States Attorney certifies that he has obtained approval from

counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 9, 2023

STEPHANIE M. HINDS
United States Attorney

/s/
DANIEL N. KASSABIAN
Assistant United States Attorney

/s/
NICOLE LAMBROS
Counsel for Defendant
RAMIRO VELASCO JR.

## ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the sentencing hearing currently set for March 27, 2023 shall be CONTINUED to May 11, 2023 at 10:30 a.m.

IT IS SO ORDERED.

DATED: March 9, 2023

HON. YVONNE GONZALEZ ROGERS
United States District Judge